GIBSON, DUNN & CRUTCHER LLP
CHRISTOPHER MARTIN, SBN 82456
CJMartin@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
555 Mission Street
Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

GIBSON, DUNN & CRUTCHER LLP
JESSE A. CRIPPS, JR., SBN 22285
jcripps@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendant
WEIGHT WATCHERS NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 09 4926

| | |
|---|---|
| ELAINE SABATINO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WEIGHT WATCHERS NORTH AMERICA, INC., and DOES 1 through 100,<br><br>Defendant. | CASE NO:<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

The undersigned counsel of record for defendant Weight Watchers North America, Inc. certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Weight Watchers North America, Inc.

Weight Watchers International, Inc.

Artal Group S.A.

Delaware Management Business Trust

1

CERTIFICATE OF INTERESTED PARTIES

Gibson, Dunn & Crutcher LLP

| | |
|---|---|
| 1 | Capital World Investors |
| 2 | DATED: October 16, 2009 |

                                          GIBSON, DUNN & CRUTCHER LLP
                                          CHRISTOPHER J. MARTIN
                                          RACHEL S. BRASS
                                          JESSE A. CRIPPS, JR.

                                          By: _____
                                                        Rachel S. Brass

                                          Attorneys for Defendant,
                                          Weight Watchers North America

100744470_1.DOC