| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| | CHRISTOPHER MARTIN, SBN 82456 |
| 2 | CJMartin@gibsondunn.com |
| | RACHEL S. BRASS, SBN 219301 |
| 3 | RBrass@gibsondunn.com |
| | 555 Mission Street |
| 4 | Suite 3000 |
| | San Francisco, California 94105-2933 |
| 5 | Telephone: (415) 393-8200 |
| | Facsimile: (415) 393-8306 |
| 6 | |
| | GIBSON, DUNN & CRUTCHER LLP |
| 7 | JESSE A. CRIPPS, JR., SBN 22285 |
| | jcripps@gibsondunn.com |
| 8 | 333 South Grand Avenue |
| | Los Angeles, California 90071 |
| 9 | Telephone: (213) 229-7000 |
| | Facsimile: (213) 229-7520 |

FILED
09 OCT 16 PM 12:45
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

Attorneys for Defendant
WEIGHT WATCHERS NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELAINE SABATINO, individually and on behalf of all others similarly situated, | ) ) ) | CV 09 CASE NO. 4926 |
| Plaintiff, | ) ) | DECLARATION OF SERVICE |
| v. | ) ) | |
| WEIGHT WATCHERS NORTH AMERICA, INC., and DOES 1 through 100, | ) ) ) | |
| Defendant. | ) | |

I, Robin Bradford, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California, 94105, in said County and State. On the date below I served the within:

**NOTICE OF REMOVAL BY DEFENDANT WEIGHT WATCHERS NORTH AMERICA, INC.**

**CIVIL COVER SHEET**

**CERTIFICATE OF INTERESTED PARTIES**

**DECLARATION OF SERVICE**

by placing a true copy thereof in an envelope addressed to each of the persons named below at the address shown:

| | |
|---|---|
| Kenneth J. Sugarman<br>RUDY, EXERROD, ZIEFF & LOWE, LLP<br>351 California Street, Suite 700<br>San Francisco, CA 94104 | Arthur A. Navarette<br>Navarette Law Firm<br>1625 The Alameda, Suite 700<br>San Jose, CA 95126 |

**BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE:** I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

**BY UPS OVERNIGHT MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for delivery by UPS. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to UPS with a fully completed airbill, under which all delivery charges are paid by Gibson, Dunn & Crutcher, that same day in the ordinary course of business.

**BY ELECTRONIC MAIL:** On the below-mentioned date, I served a full and complete copy of the above-referenced document[s] by electronic mail to the person[s] at the email address[es] indicated.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on October 16, 2009 at San Francisco, California.

*/s/ Robin Bradford*
Robin Bradford