GIBSON, DUNN & CRUTCHER LLP
CHRISTOPHER MARTIN, SBN 82456
CJMartin@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
555 Mission Street
Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

GIBSON, DUNN & CRUTCHER LLP
JESSE A. CRIPPS, JR., SBN 22285
jcripps@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone:  (213) 229-7000
Facsimile:  (213) 229-7520

Attorneys for Defendant
WEIGHT WATCHERS NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE SABATINO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WEIGHT WATCHERS NORTH AMERICA, INC., and DOES 1 through 100,<br><br>Defendant. | CASE NO. C 09-4926 TEH<br><br>**NOTICE OF FILING OF NOTICE OF REMOVAL OF ACTION WITH STATE COURT**<br><br>[Superior Court in and for the City and County of San Francisco, Case No. CGC-09-492651] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF AND HIS

COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendant WEIGHT WATCHERS NORTH AMERICA, INC.,

has filed notice in the Superior Court of the State of California in and for the City and County of San

Francisco that Defendant has removed this action from the Superior Court to the United States

1 District Court for the Northern District of California, San Francisco Division.  A true and correct
2 copy of the notice is attached hereto as Exhibit A.

4 DATED: October 20, 2009

                GIBSON, DUNN & CRUTCHER LLP
                CHRISTOPHER J. MARTIN
                RACHEL S. BRASS
                JESSE A. CRIPPS, JR.

By: _____s/ Rachel S. Brass_____
            Rachel S. Brass

Attorneys for Defendant,
Weight Watchers North America

100748120_1.DOC

## DECLARATION OF SERVICE

I, Suzanne Maruschak, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California, 94105, in said County and State. On October 20, 2009, I served the within:

**NOTICE OF FILING OF NOTICE OF REMOVAL OF ACTION WITH STATE COURT**

to all named counsel of record as follows:

 **BY ECF (ELECTRONIC CASE FILING)**: I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on October 20, 2009. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I also served the within to the below-listed parties not registered for e-filing as follows:

 **BY MAIL**: I placed a true copy in a sealed envelope addressed to the below-named parties, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

C. Zane Becker
Navarette Law Firm
1625 The Alameda, Suite 700
San Jose, CA 95126

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on October 20, 2009, at San Francisco, California.

                                    s/ Suzanne Maruschak
                                       Suzanne Maruschak