STEVEN G. ZIEFF (SBN: 84222)
KENNETH J. SUGARMAN (SBN: 195059)
RUDY, EXELROD, ZIEFF & LOWE, LLP
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513
Email: sgz@rezlaw.com
Email: kjs@rezlaw.com

ARTHUR A. NAVARETTE (SBN: 159973)
C. ZANE BECKER (SBN: 260908)
NAVARETTE LAW FIRM
1625 The Alameda, Suite 700
San Jose, CA 95126
Telephone: (408) 275-9500
Facsimile: (408) 275-9131
Email: navarettelaw@sbcglobal.net
Email: brian@haweslawfirm.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE SABATINO, individually and on behalf of all others similarly situated, | Case No. CV 09-4926 TEH |
| Plaintiffs, | CLASS ACTION |
| v. | |
| WEIGHT WATCHERS NORTH AMERICA, Inc., and DOES 1 through 100, | **PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES** |
| Defendants. | |

Pursuant to Local Rule 3-16, the undersigned counsel of record for Plaintiff, ELAINE SABATINO, certifies that the following listed persons (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

///

---

1

PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES
CASE NO. CV 09-4926 TEH

Plaintiff ELAINE SABATINO:

Similarly situated individuals and class members as described in the Complaint.

DATED:  October 28, 2009          Respectfully submitted,

RUDY, EXELROD, ZIEFF & LOWE, LLP


By:  */s/ Kenneth J. Sugarman*
     KENNETH J. SUGARMAN
     Attorneys for Plaintiff