GIBSON, DUNN & CRUTCHER LLP
CHRISTOPHER MARTIN, SBN 82456
CJMartin@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
555 Mission Street
Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

GIBSON, DUNN & CRUTCHER LLP
JESSE A. CRIPPS, JR., SBN 22285
jcripps@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendant
WEIGHT WATCHERS NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE SABATINO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WEIGHT WATCHERS NORTH AMERICA, INC., and DOES 1 through 100,<br><br>Defendant. | CASE NO. CV 09-4926 TEH<br><br>**JOINT STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER**<br><br>Date: February 1, 2010<br>Time: 1:30 p.m.<br>Courtroom: 12<br>Judge: The Honorable Thelton E. Henderson |

///

///

///

///

///

///

///

///

WHEREAS, on October 16, 2009, the above captioned matter was removed to this Court by defendant Weight Watchers North America ("WWNA");

WHEREAS, upon WWNA's removal, this Court ordered an Initial Case Management Conference for February 1, 2010, and ordered the parties to submit a joint case management statement by January 25, 2010. The Court further ordered the parties to meet and confer regarding 26(f) disclosures, ADR, and the discovery plan, and to file an ADR Certification by January 11, 2010;

WHEREAS, the parties have met and conferred regarding the matters set forth in Rule 26(f)(2)-(3) as required by Rule 26(f)(1);

WHEREAS, in their discussions, the parties discussed types of documents and data to be produced in connection with their initial disclosures and/or in response to Plaintiff's initial interrogatories and requests for inspection of documents;

WHEREAS, to the extent a dispute arose regarding Plaintiff Elaine Sabatino's request for WWNA to disclose and produce the names, addresses, phone numbers, and email addresses for all members of the proposed class pleaded in the Complaint in this action, the parties have resolved that dispute in the JOINT STIPULATION AND [PROPOSED] ORDER RE DISCLOSURE OF PUTATIVE CLASS MEMBERS' IDENTITIES, filed concurrently herewith;

WHEREAS, counsel for WWNA has explained to counsel for Plaintiff Sabatino that the nature of the Weight Watchers business creates an annual spike in business and related demands in December and January each year;

WHEREAS, to accommodate those demands, and to further the parties ability to review the initial disclosures and prepare a case schedule and discovery plan that reflects that information, and expedite the litigation while reducing unnecessary burden on either party;

The parties hereby stipulate and agree as follows:

(i) The Case Management Conference scheduled for February 1, 2010 is **continued to March 22, 2010**.

(ii) The parties shall submit a joint case management statement by March 8, 2010.

(iii) The parties shall file an ADR Certification as ordered, by January 11, 2010.

(iv) Upon its approval by this Court, the parties shall implement the procedure contained in the JOINT STIPULATION AND [PROPOSED] ORDER RE DISCLOSURE OF PUTATIVE CLASS MEMBERS' IDENTITIES, filed contemporaneously herewith.

(v) The parties shall submit to this Court a [proposed] Stipulated Protective Order by February 15, 2010.

(vi) The parties shall make initial disclosures by March 15, 2010.

(vii) The procedure for determining whether or not to certify a class action in this case shall be a motion for class certification to be filed by Plaintiff according to a schedule to be agreed upon and/or ordered by the Court. WWNA shall not file any preemptive motion on the issue of whether or not the case is appropriate for class certification.

(viii) The parties may conduct discovery prior to the Case Management Conference as provided by Federal Rule of Civil Procedure 26(d).

**IT IS SO STIPULATED.**

DATED: January 7, 2010

RUDY, EXELROD, ZIEFF & LOWE, L.L.P.
STEVEN G. ZIEFF
KENNETH J. SUGARMAN

By: s/Kenneth J. Sugarman
Kenneth J. Sugarman
Attorneys for Plaintiff
ELAINE SABATINO

DATED: January 7, 2010

GIBSON, DUNN & CRUTCHER LLP
CHRISTOPHER J. MARTIN
RACHEL S. BRASS
JESSE A. CRIPPS

By: s/Christopher J. Martin
Christopher J. Martin
Attorneys for Defendant
WEIGHT WATCHERS NORTH AMERICA, INC.

**IT IS SO ORDERED.**

DATED: 01/07, 2010

_____
The Honorable
United States District Judge

*[Signature: Judge Thelton E. Henderson — United States District Court, Northern District of California seal]*