1  GIBSON, DUNN & CRUTCHER LLP
   CHRISTOPHER MARTIN, SBN 82456
2  CJMartin@gibsondunn.com
   RACHEL S. BRASS, SBN 219301
3  RBrass@gibsondunn.com
   555 Mission Street
4  Suite 3000
   San Francisco, California 94105-2933
5  Telephone: (415) 393-8200
   Facsimile: (415) 393-8306
6
   Attorneys for Defendant
7  WEIGHT WATCHERS NORTH AMERICA, INC.

8  RUDY, EXELROD, ZIEFF & LOWE, LLP
   STEVEN G. ZIEFF, SBN 84222
9  sgz@rezlaw.com
   KENNETH J. SUGARMAN, SBN 195059
10 kjs@rezlaw.com
   351 California Street, Suite 700
11 San Francisco, CA  94104
   Telephone: (415) 434-9800
12 Facsimile:  (415) 434-0513

13 Attorneys for Plaintiff ELAINE SABATINO

14                   UNITED STATES DISTRICT COURT

15            FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17 | ELAINE SABATINO, individually and on behalf of all others similarly situated, | CASE NO. CV 09-4926 TEH |
   | Plaintiff, | **JOINT STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING ADR COMPLETION DATE AND TELEPHONIC CASE MANAGEMENT CONFERENCE** |
   | v. | |
   | WEIGHT WATCHERS NORTH AMERICA, INC., and DOES 1 through 100, | |
   | Defendant. | |

24 ///

25 ///

26 ///

27 ///

28 ///

1

Gibson, Dunn &
Crutcher LLP

JOINT STIPULATION AND [PROPOSED] CASE ORDER RESCHEDULING ADR COMPLETION DATE AND
TELEPHONIC CASE MANAGEMENT CONFERENCE, CASE NO. CV 09-4926 (TEH)

1    WHEREAS, on January 13, 2010, this Court entered an order approving the Joint Stipulation

2    and Proposed Order Selecting ADR Process (Document #16), in which the parties agreed to engage

3    in private mediation by July 12, 2010;

4    WHEREAS, on March 22, 2010, this Court scheduled a telephonic Case Management

5    Conference for one week after the ADR deadline, to be held at 1:30 p.m. on July 19, 2010 (Document

6    # 20);

7    WHEREAS, the parties have since met and conferred and have agreed upon a private

8    mediator for the mediation;

9    WHEREAS, given the schedule of the mediator selected by the parties and the schedule of

10   others who will be involved in the mediation, the parties have determined that July 26, 2010 is the

11   earliest practicable date that the mediation can occur;

12   WHEREAS, the parties have not previously sought modification of the July 12, 2010 ADR

13   deadline or the July 19, 2010 Case Management Conference date;

14   WHEREAS, to accommodate the schedules of those involved in the mediation, and to allow

15   the parties to proceed with their mediator of choice, the parties hereby stipulate and agree as follows,

16   subject to the Court's approval:

17   (i)  The deadline for the parties to hold a private ADR session is **continued by two weeks to**

18   **July 26, 2010**.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

Gibson, Dunn &
Crutcher LLP

2

1        (ii)  The telephonic Case Management Conference originally scheduled for July 19, 2010 is

2    **continued by two weeks to August 2, 2010 at 1:30 p.m**.

3           **IT IS SO STIPULATED.**

4    DATED:  June 7, 2010               RUDY, EXELROD, ZIEFF & LOWE, L.L.P.
STEVEN G. ZIEFF
5                                     KENNETH J. SUGARMAN

6

7                                     By:   /s/ Kenneth J. Sugarman
                                        Kenneth J. Sugarman
8                                   Attorneys for Plaintiff
                               ELAINE SABATINO

9

10   DATED:  June 7, 2010               GIBSON, DUNN & CRUTCHER LLP
CHRISTOPHER J. MARTIN
11                                    RACHEL S. BRASS
                               JESSE A. CRIPPS

12

13                                    By:   /s/ Christopher J. Martin
                                      Christopher J. Martin
14

15                                  Attorneys for Defendant
                               WEIGHT WATCHERS NORTH AMERICA, INC.

16

17

18          **IT IS SO ORDERED.**

19

20   DATED:  _____06/08_____, 2010       _____

21                                  The Honorable Thelton E. Henderson
                             United States District Court
22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] CASE ORDER RESCHEDULING ADR COMPLETION DATE AND
TELEPHONIC CASE MANAGEMENT CONFERENCE, CASE NO. CV 09-4926 (TEH)