GIBSON, DUNN & CRUTCHER LLP
CHRISTOPHER MARTIN, SBN 82456
CJMartin@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
555 Mission Street
Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

Attorneys for Defendant
WEIGHT WATCHERS NORTH AMERICA, INC.

RUDY, EXELROD, ZIEFF & LOWE, LLP
STEVEN G. ZIEFF, SBN 84222
sgz@rezlaw.com
KENNETH J. SUGARMAN, SBN 195059
kjs@rezlaw.com
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513

Attorneys for Plaintiff ELAINE SABATINO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE SABATINO, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WEIGHT WATCHERS NORTH AMERICA, INC., and DOES 1 through 100,<br><br>　　　　　　　Defendant. | CASE NO. CV 09-4926 TEH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING ADR COMPLETION DATE AND TELEPHONIC CASE MANAGEMENT CONFERENCE** |

///

///

///

///

///

1

JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING ADR COMPLETION DATE AND TELEPHONIC CASE MANAGEMENT CONFERENCE, CASE NO. CV 09-4926 (TEH)

1    WHEREAS, on January 13, 2010, this Court entered an order approving the Joint Stipulation and Proposed Order Selecting ADR Process (Dkt. #16), in which the parties agreed to engage in private mediation by July 12, 2010;

WHEREAS, on March 22, 2010, this Court scheduled a telephonic Case Management Conference for one week after the ADR deadline, to be held at 1:30 p.m. on July 19, 2010 (Dkt. # 20);

WHEREAS, given the schedule of the mediator selected by the parties and the schedule of others who will be involved in the mediation, the Court previously rescheduled the ADR completion date to July 26, 2010 and the telephonic status conference to August 2, 2010, at 1:30 p.m.;

WHEREAS, on June 29, 2010, plaintiff's counsel disclosed to defendant's counsel that plaintiff intends to seek leave to amend the complaint to add two new additional named plaintiffs to the litigation;

WHEREAS, the parties have met and conferred about this development, including defendant's request for fact-finding and discovery (including depositions) with respect to these two proposed new plaintiffs prior to mediation, and have agreed as a result of the meet and confer process to reschedule the July 26, 2010 mediation to allow for such fact-finding and discovery;

WHEREAS, after discussing alternative dates for the mediation, the parties have determined based on the schedule of the mediator and the schedule of those who will be involved in the mediation, that October 6, 2010 is the earliest practicable date that the mediation can occur;

WHEREAS, to allow for fact-finding and discovery as to the two proposed new plaintiffs, to accommodate the schedules of those involved in the mediation, and to allow the parties to proceed with their mediator of choice, the parties hereby stipulate and agree as follows, subject to the Court's approval:

(i)  The deadline for the parties to hold a private ADR session is **continued to October 6, 2010**;

///

///

///

2

JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING ADR COMPLETION DATE AND TELEPHONIC CASE MANAGEMENT CONFERENCE, CASE NO. CV 09-4926 (TEH)

Gibson, Dunn & Crutcher LLP

(ii) The telephonic Case Management Conference originally scheduled for August 2, 2010 is **continued to October 18, 2010 at 1:30 p.m.**, with a joint status conference statement to be filed by the parties no later than **October 12, 2010**.

**IT IS SO STIPULATED.**

DATED: July 8, 2010

RUDY, EXELROD, ZIEFF & LOWE, L.L.P.
STEVEN G. ZIEFF
KENNETH J. SUGARMAN

By: _____s/ Kenneth J. Sugarman_____
             Kenneth J. Sugarman

Attorneys for Plaintiff
ELAINE SABATINO

DATED: July 8, 2010

GIBSON, DUNN & CRUTCHER LLP
CHRISTOPHER J. MARTIN
RACHEL S. BRASS
JESSE A. CRIPPS

By: _____s/Christopher J. Martin_____
             Christopher J. Martin

Attorneys for Defendant
WEIGHT WATCHERS NORTH AMERICA, INC.

**IT IS SO ORDERED.**

DATED: ____07/08____, 2010

_____
The Honorable
United States

Judge Thelton E. Henderson

3

JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING ADR COMPLETION DATE AND TELEPHONIC CASE MANAGEMENT CONFERENCE, CASE NO. CV 09-4926 (TEH)

Gibson, Dunn &
Crutcher LLP