STEVEN G. ZIEFF (SBN: 84222)
KENNETH J. SUGARMAN (SBN: 195059)
RUDY, EXELROD, ZIEFF & LOWE, LLP
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile:  (415) 434-0513
Email:  sgz@rezlaw.com
Email:  kjs@rezlaw.com

ARTHUR A. NAVARETTE (SBN: 159973)
C. ZANE BECKER (SBN: 260908)
NAVARETTE LAW FIRM
1625 The Alameda, Suite 700
San Jose, CA  95126
Telephone: (408) 275-9500
Facsimile:  (408) 275-9131
Email:  navarettelaw@sbcglobal.net
Email:  brian@haweslawfirm.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE SABATINO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WEIGHT WATCHERS NORTH AMERICA, INC., and DOES 1 through 100,<br><br>Defendants. | Case No. CV 09-4926 TEH<br><br>CLASS ACTION<br><br>**STIPULATION FOR FILING OF AMENDED COMPLAINT** |

1  IT IS HEREBY STIPULATED by and between the parties hereto through their respective
2  attorneys of record that Plaintiff may file an amended Complaint, a copy of which is attached
3  hereto.

4  IT IS FURTHER STIPULATED that defendant Weight Watchers North America, Inc.
5  waives notice and service of the amended complaint and shall file its answer to the amended
6  complaint no later than August 9, 2010.

DATED: July 8, 2010    RUDY, EXELROD, ZIEFF & LOWE, LLP

By:   */s/ Kenneth J. Sugarman*
       KENNETH J. SUGARMAN

Attorneys for Plaintiff Elaine Sabatino

DATED: July 8, 2010    GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Jesse A. Cripps, Jr.*
       JESSE A. CRIPPS, JR.
333 South Grand Avenue
Los Angeles, California 90071

Attorneys for Defendant WEIGHT WATCHERS NORTH AMERICA, INC.



IT IS SO ORDERED
Judge Thelton E. Henderson
07/09/10
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

RUDY EXELROD ZIEFF & LOWE LLP
351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO, CALIFORNIA 94104
PH (415) 434-9800 | FX (415) 434-0513 | www.rezlaw.com