GIBSON, DUNN & CRUTCHER LLP
CHRISTOPHER MARTIN, SBN 82456
CJMartin@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
JESSE A. CRIPPS, JR., SBN 222285
jcripps@gibsondunn.com
555 Mission Street
Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

Attorneys for Defendant
WEIGHT WATCHERS NORTH AMERICA, INC.

RUDY, EXELROD, ZIEFF & LOWE, LLP
STEVEN G. ZIEFF, SBN 84222
sgz@rezlaw.com
KENNETH J. SUGARMAN, SBN 195059
kjs@rezlaw.com
351 California Street, Suite 700
San Francisco, CA  94104
Telephone: (415) 434-9800
Facsimile:  (415) 434-0513

Attorneys for Plaintiffs ELAINE SABATINO, ET AL.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE SABATINO, BETTY MATHIAS, and MARGOT REEMTS, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>WEIGHT WATCHERS NORTH AMERICA, INC.,<br><br>            Defendants. | CASE NO. CV 09-4926 TEH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER AMENDING CASE MANAGEMENT SCHEDULE** |

1  WHEREAS, on July 8, 2010, this Court entered an order in which the parties were directed to complete private mediation no later than October 6, 2010 (the "ADR Completion Deadline") and in which a telephonic Case Management Conference was scheduled for 1:30 p.m. on October 18, 2010, following the ADR Completion Deadline (Dkt. #25);

WHEREAS, on October 6, 2010, the parties reached an agreement in principle to settle the instant matter in its entirety and signed a short Memorandum of Understanding setting forth the basic points of the settlement in summary fashion and are currently working to jointly draft a formal stipulation of settlement and preliminary approval papers for filing with the Court;

WHEREAS, on October 12, 2010 the parties filed a Joint Case Management Conference Statement informing the Court that they were discussing possible filing and hearing dates for the anticipated motion seeking an order from the Court conditionally certifying a settlement class and preliminarily approving a proposed class action settlement ("Motion for Preliminary Approval") and would further advise the Court by October 15, 2010;

WHEREAS, the parties have agreed to a schedule under which the Motion for Preliminary Approval would be filed no later than November 23, 2010 and heard on December 13, 2010, subject to the Court's availability;

WHEREAS, the parties agree, subject to the approval of the Court, that the telephonic Case Management Conference originally scheduled for October 18, 2010 should no longer be necessary; and,

WHEREAS, in light of these case developments, the parties hereby stipulate and agree as follows, subject to the Court's approval:

(i) The telephonic Case Management Conference scheduled for October 18, 2010 at 1:30 p.m. is hereby **VACATED**.

///
///
///
///
///

(ii)  The parties are directed to file a formal stipulation of settlement and a Motion for Preliminary Approval of Class Action Settlement with the Court by November 23, 2010 to be heard on December 13, 2010.

**IT IS SO STIPULATED.**

DATED:  October 15, 2010

RUDY, EXELROD, ZIEFF & LOWE, L.L.P.
STEVEN G. ZIEFF
KENNETH J. SUGARMAN

By: *s/ Kenneth J. Sugarman*
     Kenneth J. Sugarman

Attorneys for Plaintiffs ELAINE SABATINO, et al.

DATED:  October 15, 2010

GIBSON, DUNN & CRUTCHER LLP
CHRISTOPHER J. MARTIN
RACHEL S. BRASS
JESSE A. CRIPPS

By: *s/Christopher J. Martin*
     Christopher J. Martin

Attorneys for Defendant
WEIGHT WATCHERS NORTH AMERICA, INC.

**IT IS SO ORDERED.**

DATED:  10/19, 2010

The Honorable Thelton E. Henderson
United States District Court

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]

2

JOINT STIPULATION AND [PROPOSED] ORDER AMENDING CASE MANAGEMENT SCHEDULE, CASE NO. CV 09-4926 (TEH)

Gibson, Dunn & Crutcher LLP

**ECF ATTESTATION**

Pursuant to Local ECF Rules, I hereby attest that concurrence in the filing of this document has been obtained from the non-filing signatories.

Executed this 15th day of October, 2010, at San Francisco, California.

*/s/ Kenneth J. Sugarman*
KENNETH J. SUGARMAN

RUDY EXELROD ZIEFF & LOWE LLP
351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO, CALIFORNIA 94104
PH (415) 434-9800 | FX (415) 434-0513 | www.rezlaw.com

ECF ATTESTATION
CASE NO. CV 09-4926 TEH