IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELAINE SABATINO, et al.,

                Plaintiffs,

      v.

WEIGHT WATCHERS NORTH AMERICA, INC.,

                Defendant.

NO. C09-4926 TEH

ORDER AMENDING CASE MANAGEMENT SCHEDULE

       The parties' request to extend the deadline for filing their joint motion for preliminary approval of class settlement is GRANTED. The motion shall be filed on or before **December 10, 2010.**

       The parties' request to notice the hearing on the above motion for December 20, 2010 is DENIED. The motion shall be noticed for hearing on **January 24, 2011, at 10:00 AM.** The Court may vacate this hearing and decide the motion on the papers if no opposition is filed by the January 3, 2011 deadline and the Court does not have any questions based on the motion papers.

**IT IS SO ORDERED.**

Dated: 11/22/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT