1 | STEVEN G. ZIEFF (SBN: 84222)
sgz@rezlaw.com
2 | KENNETH J. SUGARMAN (SBN: 195059)
kjs@rezlaw.com
3 | JOHN T. MULLAN (SBN: 221149)
jtm@rezlaw.com
4 | RUDY, EXELROD, ZIEFF & LOWE, LLP
5 | 351 California Street, Suite 700
San Francisco, CA  94104
6 | Telephone: (415) 434-9800
Facsimile:  (415) 434-0513
7 |
8 | ARTHUR A. NAVARETTE (SBN: 159973)
navarettelaw@sbcglobal.net
9 | C. ZANE BECKER (SBN: 260908)
brian@haweslawfirm.com
10 | NAVARETTE LAW FIRM
1625 The Alameda, Suite 700
11 | San Jose, CA  95126
Telephone: (408) 275-9500
12 | Facsimile:  (408) 275-9131
13 |
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE SABATINO, BETTY MATHIAS, and MARGOT REEMTS, individually and on behalf of all others similarly situated, | Case No. CV 09-4926 TEH |
| Plaintiffs, | CLASS ACTION |
| v. | **STIPULATION AND [PROPOSED] ORDER RE FILING OF SECOND AMENDED COMPLAINT** |
| WEIGHT WATCHERS NORTH AMERICA, INC., | |
| Defendant. | |

1  IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file a Second Amended Complaint, a copy of which is attached hereto.  This stipulation is solely for purposes of effectuating the terms of the parties' proposed class action settlement as set forth in the parties' Joint Stipulation of Settlement and Release filed with the Court on the same date that this Stipulation is being filed and the status of the Second Amended Complaint as the operative complaint in this action is subject to the terms and conditions set forth Joint Stipulation of Settlement and Release.  As set forth more specifically therein, upon the proposed settlement being denied preliminary or final approved, the First Amended Complaint filed in this action shall be the operative complaint, with the parties reserving rights as described in Joint Stipulation of Settlement and Release.

IT IS FURTHER STIPULATED that, because the parties have stipulated to the filing of Plaintiffs' Second Amended Complaint solely for purposes of effectuating the terms of the parties' proposed class action settlement, defendant Weight Watchers, Inc. shall not be required to file an answer or response to the Second Amended Complaint.

DATED: December 10, 2010      RUDY, EXELROD, ZIEFF & LOWE, LLP

By:   */s/ Kenneth J. Sugarman*
      KENNETH J. SUGARMAN

Attorneys for Plaintiffs

DATED: December 10, 2010      GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Jesse A. Cripps, Jr.*
      JESSE A. CRIPPS, JR.
333 South Grand Avenue
Los Angeles, California 90071

Attorneys for Defendant

**IT IS SO ORDERED.**

DATED: 12/13/10

The Honorable Thelton
United States District Court

*[Signed: Judge Thelton E. Henderson]*

RUDY EXELROD ZIEFF & LOWE LLP
351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO, CALIFORNIA 94104
PH (415) 434-9800 | FX (415) 434-0513 | www.rezlaw.com