GIBSON, DUNN & CRUTCHER LLP
CHRISTOPHER MARTIN, SBN 82456
CJMartin@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
555 Mission Street
Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200
Facsimile:  (415) 393-8306

Attorneys for Defendant
WEIGHT WATCHERS NORTH AMERICA, INC.

RUDY, EXELROD, ZIEFF & LOWE, LLP
STEVEN G. ZIEFF, SBN 84222
sgz@rezlaw.com
JOHN T. MULLAN, SBN 221149
jtm@rezlaw.com
351 California Street, Suite 700
San Francisco, California 94104
Telephone: (415) 434-9800
Facsimile:  (415) 434-0513

Attorneys for Plaintiff ELAINE SABATINO

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE SABATINO, BETTY MATHIAS, and MARGOT REEMTS, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>      v.<br><br>WEIGHT WATCHERS NORTH AMERICA, INC.,<br><br>          Defendant. | CASE NO. CV 09-4926 TEH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: REISSUED SETTLEMENT CHECKS** |

1      WHEREAS, in this matter on May 23, 2011, this Court issued a "Notice of Entry of Judgment

2 and Order Finally Approving Class Action Settlement and Plan of Distribution; Approving Service

3 Payment to Named Plaintiffs; and Reserving Jurisdiction" (Docket No. 61);

4      WHEREAS, pursuant to the terms of the approved Settlement Agreement, the Settlement

5 Administrator issued settlement checks to participating Class Members on July 7, 2011 bearing a

6 check void date of November 4, 2011, with any uncollected funds to be distributed to cy pres

7 recipients after the November 4, 2011 deadline;

8      WHEREAS, on October 28, 2011, by agreement of the parties, the Settlement Administrator

9 placed phone calls to Class Members who had not yet cashed their settlement checks to remind them

10 of the November 4, 2011 check void date.  These calls were not contemplated by the Settlement

11 Agreement, but were requested by Class Counsel in the interest of Class Members.  The parties

12 agreed that the costs incurred in making these telephone calls to Class Members should be taken from

13 the residue of uncashed checks (approximately $660);

14      WHEREAS, in response to these telephone calls, some Class Members made last minute or

15 belated requests for a reissued check from the Settlement Administrator, and;

16      WHEREAS, in response to these requests, the parties have agreed to modify the check void

17 deadlines as stipulated below;

18      THEREFORE, the parties hereby agree and stipulate, subject to the approval of the Court,

19 that:

20    1.    The approximately $660 incurred in making telephone calls to Class Members on

21        October 28, 2011 should be taken from the residue of uncashed checks, and, to the

22        extent the $660 exceeds the residual amount available, Class counsel will pay the

23        difference.

24

25    2.    Any requests from Class Members for reissued checks shall be handled as follows:

26    (a)  All check reissue requests received by November 11, 2011 will be honored, and the

27 reissued checks will have a void date of December 11, 2011;

28

Gibson, Dunn &
Crutcher LLP

1

1    (b)  No check re-issue requests will be honored after November 11, 2011, and no further

2    check void date extensions beyond December 12, 2011 will be permitted.

3    (c)  The costs associated in extending the check re-issue date to November 11, 2011, and

4    extending the check void date extension to December 12, 2011 (approximately $200) should be taken

5    from the residue of uncashed checks, and, to the extent the $200 exceeds the residual amount

6    available, Class Counsel will pay the difference; and

7    (d)  Any checks that were re-issued prior to the November 4, 2011 void date, but which were

8    not cashed prior to the November 4, 2011 void date will be honored through December 11, 2011.

9

**IT IS SO STIPULATED.**

10

11   DATED:  November 11, 2011          RUDY, EXELROD, ZIEFF & LOWE, L.L.P.
                                        STEVEN G. ZIEFF
12                                      JOHN T. MULLAN

13
                                        By:_____/s/ John T. Mullan_____
14                                                   John T. Mullan
                                        Attorneys for Plaintiff
15                                      ELAINE SABATINO

16
     DATED:  November 11, 2011          GIBSON, DUNN & CRUTCHER LLP
17                                      CHRISTOPHER J. MARTIN
                                        RACHEL S. BRASS
18                                      JESSE A. CRIPPS

19
                                        By:_____/s/ Jesse A. Cripps_____
20                                                   Jesse A. Cripps

21                                      Attorneys for Defendant
                                        WEIGHT WATCHERS NORTH AMERICA, INC.
22

23
     **IT IS SO ORDERED.**
24

25
     DATED: _____11/14_____, 2011    _____
26                                         The Honorable ... erson
                                           United S...
27

28

Gibson, Dunn &
Crutcher LLP

2