1  GIBSON, DUNN & CRUTCHER LLP
   CHRISTOPHER MARTIN, SBN 82456
2  CJMartin@gibsondunn.com
   RACHEL S. BRASS, SBN 219301
3  RBrass@gibsondunn.com
   555 Mission Street
4  Suite 3000
   San Francisco, California 94105-2933
5  Telephone: (415) 393-8200
   Facsimile:  (415) 393-8306
6
   Attorneys for Defendant
7  WEIGHT WATCHERS NORTH AMERICA, INC.

8  RUDY, EXELROD, ZIEFF & LOWE, LLP
   STEVEN G. ZIEFF, SBN 84222
9  sgz@rezlaw.com
   JOHN T. MULLAN, SBN 221149
10 jtm@rezlaw.com
   351 California Street, Suite 700
11 San Francisco, California 94104
   Telephone: (415) 434-9800
12 Facsimile:  (415) 434-0513

13 Attorneys for Plaintiff ELAINE SABATINO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ELAINE SABATINO, BETTY MATHIAS, and MARGOT REEMTS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WEIGHT WATCHERS NORTH AMERICA, INC.,<br><br>    Defendant. | CASE NO. CV 09-4926 TEH<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE: REISSUED SETTLEMENT CHECKS** |
|---|---|

WHEREAS, in this matter on May 23, 2011, this Court issued a "Notice of Entry of Judgment and Order Finally Approving Class Action Settlement and Plan of Distribution; Approving Service Payment to Named Plaintiffs; and Reserving Jurisdiction" (Docket No. 61);

WHEREAS, pursuant to the terms of the approved Settlement Agreement, the Settlement Administrator issued settlement checks to participating Class Members on July 7, 2011 bearing a check void date of November 4, 2011, with any uncollected funds to be distributed to cy pres recipients after the November 4, 2011 deadline;

WHEREAS, on October 28, 2011, by agreement of the parties, the Settlement Administrator placed phone calls to Class Members who had not yet cashed their settlement checks to remind them of the November 4, 2011 check void date. These calls were not contemplated by the Settlement Agreement, but were requested by Class Counsel in the interest of Class Members. The parties agreed that the costs incurred in making these telephone calls to Class Members should be taken from the residue of uncashed checks (approximately $660);

WHEREAS, in response to these telephone calls, some Class Members made last minute or belated requests for a reissued check from the Settlement Administrator, and;

WHEREAS, in response to these requests, the parties have agreed to modify the check void deadlines as stipulated below;

THEREFORE, the parties hereby agree and stipulate, subject to the approval of the Court, that:

1. The approximately $660 incurred in making telephone calls to Class Members on October 28, 2011 should be taken from the residue of uncashed checks, and, to the extent the $660 exceeds the residual amount available, Class counsel will pay the difference.

2. Any requests from Class Members for reissued checks shall be handled as follows:

(a) All check reissue requests received by November 11, 2011 will be honored, and the reissued checks will have a void date of December 11, 2011;

1      (b)  No check re-issue requests will be honored after November 11, 2011, and no further check void date extensions beyond December 12, 2011 will be permitted.

    (c)  The costs associated in extending the check re-issue date to November 11, 2011, and extending the check void date extension to December 12, 2011 (approximately $200) should be taken from the residue of uncashed checks, and, to the extent the $200 exceeds the residual amount available, Class Counsel will pay the difference; and

    (d)  Any checks that were re-issued prior to the November 4, 2011 void date, but which were not cashed prior to the November 4, 2011 void date will be honored through December 11, 2011.

**IT IS SO STIPULATED.**

DATED: November 11, 2011

RUDY, EXELROD, ZIEFF & LOWE, L.L.P.
STEVEN G. ZIEFF
JOHN T. MULLAN

By: _____/s/ John T. Mullan_____
              John T. Mullan

Attorneys for Plaintiff
ELAINE SABATINO

DATED: November 11, 2011

GIBSON, DUNN & CRUTCHER LLP
CHRISTOPHER J. MARTIN
RACHEL S. BRASS
JESSE A. CRIPPS

By: _____/s/ Jesse A. Cripps_____
              Jesse A. Cripps

Attorneys for Defendant
WEIGHT WATCHERS NORTH AMERICA, INC.

**IT IS SO ORDERED.**

DATED: _____11/14_____, 2011

_____
The Honorable Thelton E. Henderson
United States District Judge

*[Seal: United States District Court, Northern District of California — signed by Judge Thelton E. Henderson]*